RAHUL R.A. HARI (Cal. Bar No. 313528)
ERIC L. MACKIE (Cal. Bar. No. Pending)
Assistant United States Attorneys
General Crimes Section, 1200 United States Courthouse
312 North Spring Street, Los Angeles, California 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00705-MEMF |
| v. | |
| ISAIAS LOPEZ | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged:  **(List Documents)**

Exhibit A to the Government's Motion in Limine to Exclude Irrelevant and Prejudicial Evidence Regarding Defendant's Arrest.

**Reason:**
[ ] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

October 27, 2025
Date

/s/ Eric Mackie
Attorney Name
UNITED STATES OF AMERICA
Party Represented

*Note:*   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING