BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
ERIC L. MACKIE (Cal. Bar. No. Pending)
Assistant United States Attorneys
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6159 / -3289
Facsimile: (213) 894-0141
Email: Rahul.Hari@usdoj.gov
Eric.Mackie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAS LOPEZ,<br><br>Defendant. | No. 2:25-cr-00705-MEMF<br><br><u>GOVERNMENT'S EXHIBIT LIST</u><br><br>Hearing Date: Nov. 5, 2025<br>Hearing Time: 3:00 p.m.<br>Location: Courtroom of the Hon. Maame Ewusi-Mensah Frimpong |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Rahul R.A. Hari and Eric L. Mackie, hereby files its Exhibit List.

//

//

This Exhibit List is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

The government reserves the right to supplement this exhibit list.

Dated: October 30, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/
ERIC L. MACKIE
RAHUL R.A. HARI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| **Ex. No.** | **Description** | **Witness** | **Objections** | **Response** | **Date IDed** | **Date Admit** |
|---|---|---|---|---|---|---|
| 1. | Roybal Surveillance Video, August 8, 2025 | William Terpstra, Leo Ranjo, Gary Wilson | | | | |
| 2. | Roybal Surveillance Video Stills, August 8, 2025 | William Terpstra, Leo Ranjo, Gary Wilson | | | | |
| 3. | B***_B***_M*** Instagram Video, August 8, 2025 | William Terpstra, Leo Ranjo, Gary Wilson | | | | |
| 4. | B***_B***_M*** Instagram Video Stills, August 8, 2025 | William Terpstra, Leo Ranjo, Gary Wilson | | | | |
| 5. | FreedomNews TV YouTube Video, August 8, 2025 | William Terpstra, Leo Ranjo, Gary Wilson | | | | |
| 6. | FreedomNews TV YouTube Video Stills, August 8, 2025 | William Terpstra, Leo Ranjo, Gary Wilson | | | | |
| 7. | Photographs of Defendant’s Camera | Leo Ranjo | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8. | Photographs of Inspector Leo Ranjo's Injury, August 8, 2025 | Leo Ranjo | | | | |
| 9. | Photographs of Roybal Federal Building and Apron | William Terpstra, Leo Ranjo, Gary Wilson | | | | |
| 10. | FPS Affidavit, Leo Ranjo (for identification only) | Leo Ranjo | | | | |
| 11. | FPS Affidavit, Gary Wilson (for identification only) | Gary Wilson | | | | |
| 12. | FPS Incident Report, August 8, 2025 (for identification only) | William Terpstra | | | | |
| 13. | Birds-eye Google Maps Images of Roybal Federal Building | | | | | |
| 14. | Reserved. | | | | | |
| 15. | Reserved. | | | | | |
| 16. | Reserved. | | | | | |
| 17. | Reserved. | | | | | |
| 18. | Reserved. | | | | | |
| 19. | Reserved. | | | | | |
| 20. | Reserved. | | | | | |