BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ERIC L. MACKIE (Cal. Bar No. Pending)
RAHUL R.A. HARI (Cal. Bar No. 313528)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3289/-6159
    Facsimile: (213) 894-0141
    E-mail:   eric.mackie@usdoj.gov
             rahul.hari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ISAIAS LOPEZ,<br><br>        Defendant. | No. 2:25-cr-00705-MEMF<br><br>JOINT PROPOSED STATEMENT OF THE CASE<br><br>Trial Date: November 12, 2025<br>Trial Time: 08:30 AM<br>Location:  Courtroom of the Hon.<br>          Maame Ewusi-Mensah<br>          Frimpong |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Eric L. Mackie and Rahul R.A. Hari, and defendant ISAIAS LOPEZ, by and through his counsel of record Deputy Federal Public Defenders Rebecca Abel and Kyra Nickell, hereby submit their Joint Proposed Statement of the Case in the above-captioned case.

//

//

The parties respectfully reserve the right to supplement this statement as needed. Specifically, but not limited to, defendant reserves his objection to the second sentence, pending the Court's decision on the motion on duplicity and corollary unanimity instruction.

Dated: November 10, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/ Rahul R.A. Hari
ERIC L. MACKIE
RAHUL R.A. HARI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 10, 2025

CUAUHTEMOC ORTEGA
Federal Public Defender

/s/ Rebecca Abel
Rebecca Abel
Kyra Nickell
Deputy Federal Public Defenders

Attorneys for Defendant
ISAIAS LOPEZ

*Local Civil Rule 5-4.3.4 Attestation: I attest that all other signatories listed concur in the filing's content and have authorized the filing.

/s/ Rahul Hari
RAHUL R.A. HARI

**STATEMENT OF THE CASE**

The United States charges defendant ISAIAS LOPEZ with assaulting a federal officer, in violation of 18 U.S.C. § 111(a)(1). Specifically, the government alleges that defendant struck a federal officer with a camera and pushed him.

Defendant has entered a plea of not guilty and asserts that he acted in self-defense.