BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
ERIC L. MACKIE (Cal. Bar. No. Pending)
Assistant United States Attorneys
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6159 / -3289
Facsimile: (213) 894-0141
Email: Rahul.Hari@usdoj.gov
Eric.Mackie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAS LOPEZ,<br><br>Defendant. | No. 2:25-cr-00705-MEMF<br><br><u>GOVERNMENT'S FIRST SUPPLEMENTAL EXHIBIT LIST</u><br><br>Trial Date: Nov. 5, 2025<br>Hearing Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Maame Ewusi-Mensah Frimpong |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Rahul R.A. Hari and Eric L. Mackie, hereby files its First Supplemental Exhibit List.

//

//

The government reserves the right to supplement this exhibit list.

Dated: November 8, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/
ERIC L. MACKIE
RAHUL R.A. HARI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| Ex. No. | Description | Witness | Objections | Response | Date IDed | Date Admit |
|---|---|---|---|---|---|---|
| 1. | Roybal Surveillance Video, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 2. | Roybal Surveillance Video Stills, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 3. | FreedomNews TV YouTube Video, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 4. | FreedomNews TV YouTube Video Stills, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 5. | B***_B***_M*** Instagram Video, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 6. | Photographs From Defendant's Camera | Leo Ranjo, Gary Wilson | Object to pg. 5, as it does not appear to be the version from the camera. | | | |
| 7. | Photographs of Defendant's Camera | Leo Ranjo | Rule 401, 403. The photos do not accurately represent the camera as it was on 8/8/25. Best Evidence | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Rule, as the camera itself is available for admission. | | | |
| 8. | Photographs of Inspector Leo Ranjo's Injury, August 8, 2025 | Leo Ranjo | | | | |
| 9. | Photographs of Roybal Federal Building and Apron | Leo Ranjo, Gary Wilson, Anthony Sermons | Rule 401, 403. The photos do not represent the scene as it appeared on 8/8. The presence of the black fencing and concrete barriers are prejudicial and confusing, as neither existed on 8/8. | | | |
| 10. | GoogleMaps Overhead of Roybal Federal Building Complex | Leo Ranjo, Gary Wilson, Anthony Sermons | | | | |
| 11. | GSA Rules and Regulations Posted in Roybal Federal Building Apron | Leo Ranjo, Gary Wilson, Anthony Sermons | Rule 401, 403. Mr. Lopez is not charged with a violation of any of these rules, none of which are visible | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | from the area he was standing on 8/8. Introduction of irrelevant regulation is confusing and risks improper consideration by the jury. | | | |
| 12. | GoogleMaps Streetview of Roybal Federal Building Alameda Parking Garage Entrance | Leo Ranjo, Gary Wilson, Anthony Sermons | | | | |
| 13. | Roybal Federal Building Sign | Leo Ranjo, Gary Wilson, Anthony Sermons | Rule 401, 403. The photos do not represent the scene as it appeared on 8/8. The presence of the black fencing and concrete barriers are prejudicial and confusing, as neither existed on 8/8. | | | |
| 14. | FPS Incident Report, August 8, 2025 (for identification only) | n/a | Rule 401. The author of this report is not testifying. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15. | FPS Incident Report, Leo Ranjo (for identification only) | n/a | | | | |
| 16. | FPS Affidavit, Gary Wilson (for identification only) | n/a | | | | |
| 17. | Birds-eye Blueprints of Loading Dock Apron (for identification only) | n/a | | | | |
| 18. | Instagram Video Stills | Leo Ranjo, Gary Wilson, Anthony Sermons | Defense has not had the chance to object | | | |
| 19. | Photographs of Inspector Leo Ranjo's Injury, August 9, 2025 | Leo Ranjo | Defense has not had the chance to object | | | |
| 20. | Physical Exhibit – Defendant's camera | Leo Ranjo, Gary Wilson, Anthony Sermons | Defense has not had the chance to object | | | |
| 21. | Reserved. | | | | | |
| 22. | Reserved. | | | | | |
| 23. | Reserved. | | | | | |