TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
JULIAN J. XU (Cal. Bar No. 341375)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6159 / -3289
    Facsimile: (213) 894-0141
    Email:    Rahul.Hari@usdoj.gov
            Julian.Xu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00705-MEMF |
|---|---|
| Plaintiff, | GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST |
| v. | Trial Date:   Jan. 20, 2026 |
| ISAIAS LOPEZ, | Hearing Time: 8:30 a.m. |
| Defendant. | Location:    Courtroom of the Hon. Maame Ewusi-Mensah Frimpong |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Rahul R.A. Hari and Julian J. Xu, hereby files its First Supplemental Exhibit List.

//

//

The government reserves the right to supplement this exhibit list.

| | |
|---|---|
| Dated: January 16, 2026 | Respectfully submitted, |
| | TODD BLANCHE<br>Deputy Attorney General<br>BILAL A. ESSAYLI<br>First Assistant United States Attorney |
| | ALEXANDER B. SCHWAB<br>Assistant United States Attorney<br>Acting Chief, Criminal Division |
| | /s/<br>RAHUL R.A. HARI<br>JULIAN J. XU<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

| Ex. No. | Description | Witness | Objections | Response | Date IDed | Date Admit |
|---|---|---|---|---|---|---|
| 1. | Roybal Surveillance Video, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 2. | Roybal Surveillance Video Stills, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 3. | FreedomNews TV YouTube Video, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 4. | FreedomNews TV YouTube Video Stills, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 5. | B***_B***_M*** Instagram Video, August 8, 2025 | Leo Ranjo, Gary Wilson, Anthony Sermons | Stipulated | | | |
| 6. | Photographs From Defendant's Camera | Leo Ranjo, Gary Wilson | Stipulated | | | |
| 7. | Photographs of Defendant's Camera | Leo Ranjo | Rule 401, 403. The photos do not accurately represent the camera as it was on 8/8/25. Best Evidence Rule, as | | | |

|     |                                                                                  |                                                      |                                                                         |  |  |  |
|-----|----------------------------------------------------------------------------------|------------------------------------------------------|-------------------------------------------------------------------------|--|--|--|
|     |                                                                                  |                                                      | the camera itself is available for admission.                           |  |  |  |
| 8.  | Photographs of Inspector Leo Ranjo's Injury, August 8, 2025                      | Leo Ranjo                                            |                                                                         |  |  |  |
| 9.  | Photographs of Roybal Federal Building and Apron                                 | Leo Ranjo, Gary Wilson, Anthony Sermons              | Excluded (11/21)                                                        |  |  |  |
| 10. | GoogleMaps Overhead of Roybal Federal Building Complex                           | Leo Ranjo, Gary Wilson, Anthony Sermons              |                                                                         |  |  |  |
| 11. | GSA Rules and Regulations Posted in Roybal Federal Building Apron                | Leo Ranjo, Gary Wilson, Anthony Sermons              | Excluded (11/21)                                                        |  |  |  |
| 12. | GoogleMaps Streetview of Roybal Federal Building Alameda Parking Garage Entrance | Leo Ranjo, Gary Wilson, Anthony Sermons              |                                                                         |  |  |  |
| 13. | Roybal Federal Building Sign                                                     | Leo Ranjo, Gary Wilson, Anthony Sermons              | Excluded (11/21)                                                        |  |  |  |
| 14. | FPS Incident Report, August 8, 2025 (for identification only)                    | n/a                                                  | Rule 401. The author of this report is not testifying.                  |  |  |  |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 15. | FPS Incident Report, Leo Ranjo (for identification only) | n/a | | | | |
| 16. | FPS Affidavit, Gary Wilson (for identification only) | n/a | | | | |
| 17. | Birds-eye Blueprints of Loading Dock Apron (for identification only) | n/a | | | | |
| 18. | Instagram Video Stills | Leo Ranjo, Gary Wilson, Anthony Sermons | Excluded (11/21) | | | |
| 19. | Photographs of Inspector Leo Ranjo's Injury, August 9, 2025 | Leo Ranjo | | | | |
| 20. | Physical Exhibit – Defendant's camera | Leo Ranjo, Gary Wilson, Anthony Sermons | | | | |
| 21. | Roybal Federal Building Sign (cropped) | | | | | |
| 22. | Sign Posted at Roybal (cropped) | | | | | |
| 23. | Roybal Federal Building Sign (cropped) | | | | | |
| 24. | Still from Exhibit 5 | | | | | |

3