CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
REBECCA M. ABEL  (Bar No. 298604)
(E-Mail:  rebecca_abel@fd.org)
KYRA NICKELL (Bar No. 328816)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
ISAIAS LOPEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00705-MEMF-1 |
| Plaintiff, | **DISPUTED JURY INSTRUCTION ON UNLAWFUL FORCE** |
| v. | |
| ISAIAS LOPEZ, | **Hon. Maame Ewusi-Mensah Frimpong** |
| Defendant. | |

On January 20, 2026, the Court ordered the parties to meet and confer regarding a proposed jury instruction on unlawful force.  Although the parties reached substantial agreement on the substance, the parties were not able to reach full agreement.  Below are the jury instructions proposed by the government and the defense.

Proposed Government Instruction on Unlawful Force

Force is unlawful when (1) under the surrounding circumstances, an officer uses an amount or type of force that is more than reasonably necessary to effectuate a seizure, arrest, detention, or other lawful action; or (2) when the officer was acting with the intent to retaliate, punish, or cause harm.

1

Proposed Defense Instruction on Unlawful Force

Force is unlawful when (1) under the surrounding circumstances, an officer uses an amount or type of force that is more than reasonably necessary to effectuate a seizure, arrest, detention, or other lawful action; or (2) the officer was acting with the intent to retaliate against an individual's protected speech, to punish, or to cause harm.

Force is evaluated from the perspective of the defendant based on what the defendant knew and what the defendant reasonably could have determined from the surrounding circumstances.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: January 20, 2026       By  */s/ Rebecca M. Abel*

REBECCA M. ABEL
KYRA NICKELL
Deputy Federal Public Defender
Attorney for ISAIAS LOPEZ

BILAL A. ESSAYLI
First Assistant United States Attorney

DATED: January 20, 2026       By  */s/ Rahul R.A. Hari*

RAHUL R.A. HARI
JULIAN XU
Assistant United States Attorneys

3