CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
REBECCA M. ABEL (Bar No. 298604)
(E Mail: rebecca_abel@fd.org)
KYRA NICKELL (Bar No, 328816)
(E-Mail: kyra_nickell@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ISAIAS LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISAIAS LOPEZ, <br><br> Defendant. | Case No. 2:25-cr-00705-MEMF <br><br> **SUPPLEMENTAL COMBINED DEFENSE EXHIBIT LIST** |

1

**USA v. ISAIAS LOPEZ**
**2:25-cr-00705-MEMF**

# DEFENSE EXHIBIT LIST

| Exh. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 101 | FPS Affidavit — Inspector Gary Wilson | | | | | |
| 102 | 10/30/25 Report of Interview of Inspector Wilson | | | | | |
| 103 | 11/07/25 Report of Interview of Inspector Wilson | | | | | |
| 104 | Google Map Photo | | | | | |
| 105 | Google Map Photo — Street View | | | | | |
| 106 | Photo of Isaias Lopez | | | | | |
| 107 | 11/06/25 Report of Interview of APM Sermons | | | | | |
| 108 | 11/10/25 Report of Follow-Up Interview of APM Sermons | | | | | |
| | | | | | | |

USA v. ISAIAS LOPEZ
2:25-cr-00705-MEMF

# DEFENSE EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | 11/10/25 Statement of APM Sermons | | | | | |
| 110 | 08/09/25 Affidavit of Inspector Ranjo | | | | | |
| 111 | 10/29/25 Report of Interview of Inspector Ranjo | | | | | |
| 112 | 11/07/25 Report of Follow-up Interview of Inspector Ranjo | | | | | |
| 113 | FPS Weapons and Use of Force Manual | | | | | |
| 114 | FPS Directive Weapons and Use of Force Manual | | | | | |
| 115 | Photo | | | | | |
| 116 | Photo | | | | | |
| 117 | Photo | | | | | |
| 118 | Video | | | | | |
| 119 | Video | | | | | |
| 120 | Ranjo Photography Facebook Page | | | | | |
| 121 | Ranjo Personal Facebook Page | | | | | |

3

USA v. ISAIAS LOPEZ
2:25-cr-00705-MEMF

# DEFENSE EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| 122 | Facebook Post Re: Camera | | | | | |
| 123 | Photo | | | | | |
| 124 | Photo | | | | | |
| 125 | Photo | | | | | |
| 126 | Photo | | | | | |
| 127 | Photo | | | | | |
| 128 | Transcript of Witness Interview — Sharon Lewis | | | | | |
| 129 | Video | | | | | |
| 130 | Video | | | | | |
| 131 | Video | | | | | |
| 132 | Video | | | | | |
| 133 | Video | | | | | |
| 134 | Video | | | | | |
| 135 | Photo | | | | | |
| 136 | Photos of Officers | | | | | |
| 137 | Photo of Injury | | | | | |
| 138 | Photos of Camera | | | | | |
| 139 | Photo | | | | | |
| 140 | Photo of Press Conference and Rally | | | | | |
| 141 | Video | | | | | |
| 142 | Photo | | | | | |
| 143 | 01/15/2026 FPS Report Re: Follow-Up Interviews | | | | | |
| 144 | Leo Ranjo Resume | | | | | |

4

**USA v. ISAIAS LOPEZ**
**2:25-cr-00705-MEMF**

**DEFENSE EXHIBIT LIST**

| | | | | | | |
|---|---|---|---|---|---|---|
| 145 | Photo | | | | | |