UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00705-MEMF |
|---|---|
| Plaintiff, | **VERDICT FORM** |
| v. | Trial Date: January 20, 2026 |
| ISAIAS LOPEZ, | |
| Defendant. | |

**VERDICT FORM**

We, the Jury in the above-captioned action, unanimously find defendant ISAIAS LOPEZ:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of Assault on Leo Ranjo, a federal officer, as charged in the Indictment.

_____
FOREPERSON OF THE JURY

DATED:_____, in Los Angeles, California.